**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Derek Lamont GOODING, Defendant–Appellant.**

No. 01–7068.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 27, 2001.

Derek Lamont Gooding, pro se. Robert Joseph Seidel, Jr., Assistant United States

Attorney, Arenda L. Wright Allen, Assistant United States Attorney, Kevin Michael Comstock, Office of the United States Attorney, Norfolk, VA, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Derek Lamont Gooding seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Gooding,* Nos. CR–93–131; CA–01–78–2 (E.D. Va. entered Apr. 26, 2001; filed Apr. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*